IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0252

_____

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

NATHAN EDWARD HOWARD, JONATHAN
HETTINGER, and JOSEPH BULLINGTON,

       Defendants and Appellants.

                                    O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 19 2022